# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO VALENCIA,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIPSON, Warden,<br><br>Respondent. | Case No. 1:13-cv-01864-LJO-SMS HC<br><br>ORDER LIFTING STAY<br><br>Docs. 7 and 14 |

On January 9, 2014, following screening of Petitioner Luis Alberto Garcia's petition for writ of habeas corpus, this Court struck unexhausted claim 3 and administratively stayed the claims 1 and 2, pursuant to *Kelly v. Small,* 315 F.3d 1063 (9th Cir. 2002) and *King v. Ryan*, 564 F.3d 1133 (9th Cir. 2009). The order directed Plaintiff to file, within 30 days of the California Supreme Court's issuing a final order resolving unexhausted claim 3, a motion to lift the stay and an amended petition setting forth all exhausted claims.

On June 16, 2014, Petitioner filed a motion to remove the stay but did not file an amended complaint. Instead, Petitioner requested permission to serve the existing complaint. Because the Court previously struck unexhausted claim 3, however, Petitioner must now file an amended petition, including claim 3, as required by the Court's January 9, 2014 order.

Accordingly, the Court hereby ORDERS that the stay of proceedings in this case be lifted. Petitioner is directed to file an amended petition, reinstating claim 3, within thirty (30) days.

IT IS SO ORDERED.

Dated:  **June 25, 2014**                    /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28